**Reginald P. BURGESS, Appellant,**

**Karen D. Sparks, J.D., Plaintiff,**

v.

**PENINSULA MARINA, LLC, (Glenborough) a California limited liability corporation; Ira Ruskin, individually and in his official capacity as Mayor of Redwood City, CA; Peter Karagiannis, a national of Canada; Janet Sailor, individually and in her official capacity as Vice President of the California Boat Owners Association; Betsy Vegso, individually and in her official capacity as Associate Director, Peninsula Conflict Resolution Center; Does 1 to 100, Appellees.**

No. 01–2566.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 4, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Reginald Burgess appeals the district court's dismissal of his action, without prejudice, for lack of personal jurisdiction and improper venue. He also appeals the denial of his Federal Rule of Civil Procedure 60(b) motion. Upon de novo review, we affirm the dismissal for the reasons stated in the district court's opinion; and we find no abuse of discretion in the court's denial of the Rule 60(b) motion.

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

*See* 8th Cir. R. 47B. We deny Burgess's pending motion.

A true copy.